UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

    -against-

    -CR-  ( ) ( )

Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via \_\_\_ videoconferencing or \_\_\_ teleconferencing:

\_\_\_ Initial Appearance Before a Judicial Officer

\_\_\_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Bail/Detention Hearing

\_\_\_ Conference Before a Judicial Officer

/s/ Pablo Palos Garcia by JLG      /s/ Julia Gatto
_____      _____
Defendant's Signature      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____      _____
Print Defendant's Name      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____      _____
Date      U.S. District Judge/U.S. Magistrate Judge