UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                  21 cr 340 (JGK)

    -against-

                                                  **SPEEDY TRIAL ORDER**

PABLO PALOS-GARCIA,

                       Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Thursday, September 30, 2021, at 11:00am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **September 30, 2021** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                               JOHN G. KOELTL
                                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         August 9, 2021