March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Pablo Palos-Garcia
                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-340(JGK) (    )

Defendant __Pablo Palos-Garcia__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

✓     Initial Appearance/Appointment of Counsel

✓     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Preliminary Hearing on Felony Complaint

___     Bail/Revocation/Detention Hearing

✓     Status and/or Scheduling Conference (including Curcio proceedings on 10/19/2021 and 11/2/2021)

___     Plea/Trial/Sentence

_Pablo Palos-Garcia / JMD_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Jenna M. D___
Defense Counsel's Signature

Pablo Palos-Garcia
Print Defendant's Name

Jenna M. Dabbs
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

10/19/21
Date

U.S. District Judge/~~U.S. Magistrate Judge~~