UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

         - against -                    21 Cr. 340 (JGK)

PABLO PALOS-GARCIA                       ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

     The parties are directed to appear for another conference on **November 17, 2021** at **9:00 a.m.**

     Because a continuance is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 2, 2021,** until **November 17, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
           November 2, 2021

                                John G. Koeltl
                       United States District Judge