March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

Pablo Palos-Garcia

        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-340(JGK) (    )

Defendant _Pablo Palos-Garcia_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference (to include continuation of Curcio hearing on 11/2/21)

___ Plea/Trial/Sentence

_Pablo Palos-Garcia / JMD_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Pablo Palos-Garcia
Print Defendant's Name

_Jenna M. D_____
Defense Counsel's Signature

Jenna M. Dabbs
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

11/5/21
Date

_[signature]_
U.S. District Judge/~~U.S. Magistrate Judge~~