UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

       - against -               21 Cr. 340 (JGK)

PABLO PALOS-GARCIA               ORDER

        Defendant.
---

JOHN G. KOELTL, District Judge:

As discussed at the defendant's plea earlier today, the Government should pursue with the Metropolitan Detention Center, Brooklyn ("MDC") what treatment and medicine the defendant is receiving for his diabetes. The MDC should assure that the defendant is receiving adequate medical treatment for his diabetes. The MDC should also confirm that it is aware of the defendant's degenerative disc disease, and confirm that it is taking appropriate medical action with respect to this condition, including obtaining a surgical consult if the defendant needs one. The Government should report to the Court promptly on these issues.

**SO ORDERED.**

Dated:    New York, New York
            November 23, 2021

                                        John G. Koeltl
                                   United States District Judge