UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

      - against -             21 Cr. 340 (JGK)

PABLO PALOS-GARCIA          ORDER

          Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The defendant has moved for an order permitting his temporary release from custody pursuant to 18 U.S.C. § 3142(i). The Government should respond by **December 15, 2021**. The defendant may reply by **December 17, 2021**.

SO ORDERED.

Dated:    New York, New York
           December 9, 2021

                                            John G. Koeltl
                                   United States District Judge