UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

PABLO PALOS-GARCIA,

              Defendant.

21 Cr. 340 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

In the recent submission, defense counsel asserts that the defendant is experiencing numbness in his left hand and feet and in his right hand and that the fingers of both hands are swollen. The defendant also advises that the surgical consult for the defendant's cervical degenerative disc disease is only scheduled for two months from now.

The Government should provide a report from a doctor on the current state of the defendant's health including the above noted items, as well as the current state of treatment. If there is no doctor at the MDC who can provide that report, the parties should employ an outside doctor to examine the defendant and the medical records. The Government should also provide a statement of whether a change in the place of confinement should be requested.

To the extent possible, these reports should be provided by December 22, 2021.

SO ORDERED.

Dated:   New York, New York
         December 20, 2021

                                           /s/ John G. Koeltl
                                         _____
                                              John G. Koeltl
                                         United States District Judge

2