UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

PABLO PALOS-GARCIA,

                Defendant.

21 Cr. 340 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The MDC is **ordered** to provide the defendant with a special diet that is appropriate for the defendant's diabetes.

The Court recommends to the Bureau of Prisons and the U.S. Marshals Service that the defendant be transferred to a facility in the New York City area that is better suited to meet the defendant's medical needs, with a request that the defendant be provided with a diet appropriate for his diabetes and, as soon as reasonably possible, a surgical consultation for his cervical degenerative disc disease.

The Government should convey this Order to the appropriate authorities, including the MDC, the Bureau of Prisons, and the U.S. Marshals Service.

SO ORDERED.

Dated:    New York, New York
           December 23, 2021

                                      John G. Koeltl
                                United States District Judge