UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

PABLO PALOS-GARCIA,

          Defendant.

21 Cr. 340 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Government is directed to provide, by January 7, 2022, a more detailed response from the Warden of the MDC as to what the MDC is doing in response to the Court's Order of December 23, 2021, ECF No. 48.

SO ORDERED.

Dated:    New York, New York
           January 5, 2022

                                        John G. Koeltl
                                United States District Judge