UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

— against —

PABLO PALOS-GARCIA,

              Defendant.

21 Cr. 340 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court will hold a conference in this case on **Monday, January 10, 2022, at 5:00 p.m.** In addition to counsel for the defendant and the responsible Assistant United States Attorneys, the Chief of the Criminal Division of the United States Attorney's Office and a pre-trial services officer are requested to attend. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
            January 8, 2022

                                    John G. Koeltl
                            United States District Judge