UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

PABLO PALOS-GARCIA,

            Defendant.

---

21 Cr. 340 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Government should ensure that the Hudson County Correctional Facility receives a copy of the Court's prior order, ECF No. 48, which directed the MDC to provide the defendant with a diet appropriate for his diabetes, and requested that the defendant receive, as soon as reasonably possible, a surgical consultation for his cervical degenerative disc disease.

SO ORDERED.

Dated:   New York, New York
        January 10, 2022

                                    John G. Koeltl
                            United States District Judge