UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

PABLO PALOS-GARCIA,

            Defendant.

21 Cr. 340 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant. The Government is requested to provide the Court with a report on the defendant's medical condition and the treatment he is receiving by May 18, 2022. Defense counsel is requested to communicate with the defendant and to advise the Court whether there is anything further that the Court should be doing in this case. The Court considers these inquiries as part of the original representation. The Clerk is directed to mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED.

Dated:   New York, New York
        May 11, 2022

                                        John G. Koeltl
                                United States District Judge

5/5/22

Dear: Judge Koelth,

My Name It's. Pablo Palos Garcia,
I was Sentence By you on 1-28-22
and I was Sentence to 18 month's.
   Well the reason of this letter
It's to notify you that ever Since,
I been incarcelated I have not recieved
any kind of medical treatment on my
Surgery on my neck, as well, as my
Sugar level's are alway's High.
I don't want to loose my Vision or
any part of my Body due of me
getting more insuline since my Sugar
level's are alway's high. I was told
that I was going to get treated
on my medical Conditions and till this
day I haven't got anything done.
I have been trying to get in touch
with my lawyer's. to discuss this
with them But, I haven't been
able to get in touch with them.

(2)

My Family has been trying to get in touch with them as well. But, they don't answer at all.
    I would like to see if there's any way possible that I can get deported sooner to my Country.
    I need to get medical attention and I'm not getting none in here. If I get deported I will be able to get check on my Diabetic and get my Surgery done on my Neck. I would really apreciate alot if yall can help me in this matter. My lawyer's name's are Jenna Dabes and Brandon Thompson.

Thank you And God Bless yall.

*xPP9105*

Pablo Pallo Eacy 44197509
P.O. Box 1500
Baldwin MI 49304

GRAND RAPIDS MI 493
6 MAY 2022 PM 2 L



Judge POELTL
500 Pearl St New York
New York 10007