UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                    21 Cr. 340 (JGK)

PABLO PALOS-GARCIA                      ORDER

                 Defendant.

---

JOHN G. KOELTL, District Judge:

It is unclear from the Government's May 18, 2022 submission whether the defendant is currently receiving a proper diet and medication for his diabetes. The Court requests a prompt statement from a doctor at North Lake regarding these issues.

SO ORDERED.

Dated:    New York, New York
           May 20, 2022

                                                 John G. Koeltl
                                           United States District Judge