UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――

UNITED STATES OF AMERICA

           - against -                     21 Cr. 340 (JGK)

PABLO PALOS-GARCIA                   ORDER

                 Defendant.

―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

     The Government should provide the Court with a flash drive or disc containing the exhibits that were submitted with the Government's May 18, 2022 letter. The Court will then file the flash drive or disc under seal.

SO ORDERED.

Dated:     New York, New York
            May 20, 2022

                                   John G. Koeltl
                            United States District Judge